Appellant, however, filed a motion for new trial, and upon the overruling of same by the trial court the appellant gave notice of appeal to this court. Since his appeal was perfected, the appellant has filed a written request, verified by his affidavit, asking for the privilege of withdrawing his appeal. The request is granted, and the appeal is ordered dismissed.

## D. R. HENDERSON v. STATE.
### No. 20297.

Court of Criminal Appeals of Texas.
Jan. 25, 1939.

M. E. Cain, of Liberty, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is forgery; the punishment, confinement in the penitentiary for two years.

Upon the written request of appellant, duly verified by his affidavit, the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

## Ex parte Henry MASSINGILL.
### No. 20308.

Court of Criminal Appeals of Texas.
Jan. 25, 1939.

No attorney for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

This is an appeal from an order of the Criminal District Court of Dallas County, Texas, denying relator the relief as prayed for in his writ of habeas corpus.

Since his appeal to this court was perfected, the relator has filed a written request, verified by his affidavit, asking for the privilege of withdrawing his appeal. The request is granted and the appeal ordered dismissed.

## Bill RICHARDSON v. STATE.
### No. 20232.

Court of Criminal Appeals of Texas.
Jan. 25, 1939.

No attorney for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for cattle theft, punishment being assessed at two years in the penitentiary.

Appellant has filed his affidavit advising this court that he does not desire further to prosecute his appeal, and at his request the same is ordered dismissed.

## Bill RICHARDSON v. STATE.
### No. 20233.

Court of Criminal Appeals of Texas.
Jan. 25, 1939.

No attorney for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Theft of cattle is the offense; penalty assessed at confinement in the penitentiary for two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.